JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN BLACKWELL, | Case No. CV 13-0931-JGB (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| W.L. MONTGOMERY, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 9, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1